**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 21-2063**

───────────

MAUREEN KATERI CORNEAL,

        Plaintiff - Appellant,

     v.

DEBRA MCCURDY, Ph. D.; KURT SCHMOKE; MICHELLE WILLIAMS; MARIA RODRIGUEZ,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, Senior District Judge. (1:19-cv-03393-RDB)

───────────

Submitted: August 25, 2022               Decided: October 13, 2022

───────────

Before GREGORY, Chief Judge, QUATTLEBAUM, Circuit Judge, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Maureen Kateri Corneal, Appellant Pro Se. Kathryn Joyce Bradley, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maureen Kateri Corneal appeals the district court's order granting summary judgment against her on her claim of age discrimination related to the termination of her employment. *See* 29 U.S.C. §§ 621 to 634. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Corneal v. McCurdy*, No. 1:19-cv-03393-RDB (D. Md. Sept. 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*